IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:16-CR-326-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| (2) EMMANUEL TARR | ) |

## ORDER TO SEAL

**THIS MATTER IS BEFORE THE COURT** on the United States of America's Motion to Seal, pursuant to Local Criminal Rules 55.1 and 5.2. The United States requests that this Court (1) seal the United States' requested unredacted Amended Consent Order of Forfeiture in this case and also (2) file an unsealed redacted version of the same Amended Consent Order. For good cause and for the reasons set forth in the Government's Motion, this Court will GRANT the Motion.

**IT IS, HEREBY, ORDERED** that when this Court issues the Amended Consent Order (Doc. 31-1) against Defendant Tarr in this case, the Clerk shall (1) filed an unredacted copy of the Amended Consent Order under seal and (2) file an unsealed redacted version of the same Amended Consent Order, in which all account numbers are redacted down to the last four digits. Further, although the unredacted version of the Amended Consent Order shall be sealed, the Government is authorized to forward it to foreign law enforcement officials to effectuate the Order.

**SO ORDERED**.

Signed: March 10, 2017

_____
David C. Keesler
United States Magistrate Judge